LETHA BELLE HARRINGTON v. J. BROOKS TUCKER.

(Filed 26 February 1964.)

APPEAL by defendant from *Bone, E. J.,* 16 September 1963 Civil Session of PITT.

Civil action to recover the penalty for usury under G.S. 24-2.

The following issues were submitted to the jury and answered as shown:

"1. Did the defendant loan to the plaintiff the sum of $23,000.00 and knowingly take, exact and receive from the plaintiff a greater rate of interest therefor than six per cent (6%), as alleged in the complaint?

"ANSWER: Yes.

"2. If so, what amount is plaintiff entitled to recover of defendant?

"ANSWER: $7,256.66."

From a judgment that plaintiff recover from defendant the sum of $7,256.66, with interest from the first day of the term, and taxing defendant with the costs, he appeals.

*M.. E. Cavendish for defendant appellant.*
*Albion Dunn for plaintiff appellee.*

PER CURIAM. Defendant's assignments of error present no new question of law or point requiring extended discussion. A careful examination of the record and the assignments of error shows that the jury, under application of settled principles of law, resolved the issues of fact against the defendant. Neither reversible nor prejudicial error has been made to appear. The verdict and judgment are upheld.

No error.